IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>      vs.<br><br>DAVID COGSWELL,<br><br>             Defendants. | 8:03CR137<br><br>**ORDER** |

Defendant David Cogswell appeared before the court on Wednesday, December 11, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [213]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

　　　IT IS ORDERED:

　　　1.　　A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 24, 2014 at 11:00 a.m. Defendant must be present in person.

　　　2.　　The defendant is released on current conditions of supervision.

　　　Dated this 11th day of December, 2013.

                                                                          BY THE COURT:

                                                                          s/ F.A. Gossett, III
                                                                          United States Magistrate Judge